*correct.* An instruction that if the jury believed from the evidence that any witness had sworn falsely as to any material fact in issue then the entire testimony of the witness might be disregarded, except in so far as corroborated by other credible evidence or by facts or circumstances proved on the trial, approved.

---

### Walter Katzoff, Defendant in Error, v. Morris Goodman, Plaintiff in Error.

### Gen. No. 21,417. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. SHERIDAN E. FRY, Judge, presiding. Heard in this court at the October term, 1915. Affirmed. Opinion filed January 17, 1916.

### Statement of the Case.

Action by Walter Katzoff, plaintiff, against Morris Goodman, defendant, for commissions for procuring woolens. From a judgment for plaintiff for $503.50, defendant brings error.

BREDING & GESAS, for plaintiff in error.

No appearance for defendant in error.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 1414*—*what weight to be accorded findings of court.* The same weight must be accorded the finding of the trial court as is given to that of a jury.

2. APPEAL AND ERROR, § 1414*—*when findings of trial court conclusive.* A judgment for the plaintiff upon a finding by the trial court will not be disturbed when the uncontradicted evidence of the plaintiff is sufficient to sustain the judgment.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.